UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

Eastern District of Kentucky
FILED
APR 13 2009
AT LEXINGTON
LESLIE G. WHITMER
CLERK U S DISTRICT COURT

CIVIL ACTION NO. 5:07-140-JHM

FILED ELECTRONICALLY

BLOODSTOCK RESEARCH INFORMATION SERVICES, INC.          PLAINTIFF

V.

EDBAIN.COM LLC; ET AL.                                  DEFENDANTS

_____

STIPULATION AND AGREED ORDER OF DISMISSAL
_____

All parties having stipulated and agreed, and the Court being duly advised, it is ORDERED AND ADJUDGED that this matter is hereby DISMISSED, with prejudice. Each party shall bear its own costs and attorneys' fees herein incurred.

This the 13th day of April, 2009.

                                          JOSEPH M. HOOD, SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT

| | |
|---|---|
| /s/ Elizabeth S. Hughes | /s/ Barry L. Haley   (with permission) |
| C. Timothy Cone | Barry L. Haley |
| Elizabeth S. Hughes | MALIN, HALEY & DIMAGGIO, P.A. |
| GESS MATTINGLY & ATCHISON, P.S.C. | 1936 South Andrews Avenue |
| 201 West Short Street | Ft. Lauderdale, Florida 33316 |
| Lexington, Kentucky 40507-1269 | Telephone: (954) 763-3303 |
| Telephone: (859) 252-9000 | Facsimile: (954) 522-6507 |
| Facsimile: (859) 233-4269 | Email: BLH@mhdpatents.com |
| Email: ehughes@gmalaw.com | ATTORNEY FOR DEFENDANTS ED BAIN, |
| Email: ctcone@gmalaw.com | EDBAIN.COM, AND SUSAN SWEENEY |
| ATTORNEYS FOR PLAINTIFF | |

/s/ Kevin G. Henry (with permission)
Kevin G. Henry
STURGILL, TURNER, MARKER & MOLONEY
333 West Main Street, Suite 1400
Lexington, Kentucky 40507
Telephone: (859) 255-8581
Facsimile: (859) 231-0851
Email: khenry@sturgillturner.com

S:\EHughes\Bloodstock Research Information Services\Ed Bain\Agreed Order of Dismissal.wpd